UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN K WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>    Defendants. | Case No. 22-cv-06143-JSC<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

Following the Case Management Conference on August 3, 2023, the schedule shall proceed as follows.

**I.   Preliminary Injunction Schedule**

| | |
|---|---|
| Plaintiff's Motion for Preliminary Injunction: | **August 31, 2023** |
| Defendants' Response: | **September 20, 2023** |
| Plaintiff's Reply: | **September 27, 2023** |

The Preliminary Injunction Hearing will take place on **October 17, 2023, at 10:00 a.m.** in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco.

**II.   Administrative Records Schedule**

Regarding the Administrative Record(s), the deadlines shall proceed as follows:

| | |
|---|---|
| Deadline to Lodge the Corps' Administrative Record: | **September 28, 2023** |
| Deadline to Lodge the NMFS's Administrative Record: | **October 19, 2023** |

Plaintiff shall notify Defendants by **November 3, 2023**, regarding documents he believes should be included in the administrative record(s). The parties will work to resolve any such issues out of court prior to filing any motion regarding the administrative record(s).

Should the parties be unable to agree upon the administrative record, Plaintiff's deadline to

file a Motion to Complete and/or Supplement the Administrative Record(s) or Motion for Consideration of Extra-Record Information shall be **November 16, 2023.** Defendants' response is due **November 30, 2023**. Plaintiff's reply is due **December 7, 2023**.

### III. Summary Judgment

If Plaintiff files a Motion to Complete and/or Supplement the Administrative Record(s) or Motion for Consideration of Extra-Record Information, the Court will set a summary judgment briefing schedule upon resolution of that motion.

If Plaintiff does not file a Motion to Complete and/or Supplement the Administrative Record(s) or Motion for Consideration of Extra-Record Information by November 16, 2023, the briefing schedule will proceed as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | **November 16, 2023** |
| Defendants' Opposition & Cross-Motion for Summary Judgment: | **December 18, 2023** |
| Plaintiff's Reply in Support and Opposition: | **January 8, 2024** |
| Defendants' Reply in Support: | **January 29, 2024** |
| Hearing on Cross Motions: | **February 15, 2024** |

**IT IS SO ORDERED.**

Dated: August 3, 2023

JACQUELINE SCOTT CORLEY
United States District Judge